**People of the State of Illinois, Plaintiff-Appellee, v. Tommy Nickelson, Defendant-Appellant.**

**Gen. No. 51,440.**

First District, Second Division.

January 21, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Constantine P. Xinos, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and John M. Goldberg, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE McCORMICK. **Not to be published in full.**